```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
```
**UNITED STATES OF AMERICA,**               :
                                            :
                                            :
     - against -                           :    **NOTICE OF AMENDED**
                                            :          <u>**ADDRESS**</u>
                                            :
**ALVARO SALAZAR VELO, et al.,**            :    07 Cr. 897 (AKH)
                                            :
                         Defendants. :
```
------------------------------------x
```

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

      **PLEASE TAKE NOTICE** that Ronald L. Garnett, attorney for defendant ALVARO SALAZAR VELO, has moved his offices to **Suite 1802** at his present address; requests that his address be amended in this Court and the record of this case; and requests that all further notices, submissions, and other matters be directed to counsel's new office suite address, noted herein and as more fully set forth below.

Dated:  New York, New York
         October 30, 2007

                                              Respectfully submitted,

                                              */s/ Ronald L. Garnett*

                                              Ronald L. Garnett
                                              Attorney for Defendant
                                                Alvaro Salazar Velo
                                             299 Broadway, Suite 1802
                                             New York, NY  10007-1904
                                             (212) 587-5159 (Office)
                                             (212) 587-3867 (Facsimile)
                                             E-mail: RLGarnett@aol.com

**07 Cr. 897 (AKH)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA,**

                              Plaintiff,

- against -

**ALVARO SALAZAR VELO, et al.,**

                              Defendants.
_____

**NOTICE OF AMENDED ADDRESS**
_____

**RONALD L. GARNETT**
*Attorney At Law*
*Attorney for* **Alvaro Salazar Velo**
299 Broadway, Suite 1802
New York, NY  10007-1904
Telephone: (212) 587-5157
Facsimile: (212) 587-3867
E-mail: RLGarnett@aol.com

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated:.....................                        Signature....................................................

                                              Print Signer's Name.......................................

Service of a copy of the within                        Is hereby admitted.

Dated:

                                            ................................................
                                            Attorney(s) for

PLEASE TAKE NOTICE
Notice of Entry
☐     that the within is a (certified) true copy of a
         entered in the office of the clerk of the within named Court on

Notice of Settlement
☐     that an Order of which the within is a true copy will be presented for settlement to the Hon.
         one of the judges of the within named Court,

     on                       ,at                      M.

Dated:

                                         **RONALD L. GARNETT**
                                         Attorney for Defendant
                                         299 Broadway, Suite 1802
                                         New York, NY   10007-1904
                                         Telephone:  (212) 587-5159
                                         Facsimile:  (212) 587-3867
                                         E-mail: RLGarnett@aol.com

To:
Attorney(s) for